January 30, 1939

**No. 4514.—** *United States* v. *Fortunys.* Entered at New York. Reap. Dec. 4480. Motion by plaintiff.

Japan Import Co. *v.* United States

**No. 4515.—**Invoice dated Kobe, Japan, May 12, 1934.
Entered at Los Angeles, Calif., June 21, 1934.
Entry No. 8081.

(Decided February 8, 1939)

*Barnes, Richardson & Colburn* (*Joseph Schwartz* of counsel) for the plaintiff.
*Webster J. Oliver*, Assistant Attorney General (*Daniel G. McGrath*, and *Daniel I. Auster*, special attorneys), for the defendant.

Brown, Judge: In this case it appears from the record that there was a failure to designate one out of every ten packages. This under the authority of Reap. Dec. 4401 per McClelland, P. J., and *United States* v. *Davis, Sinai Kosher Sausage Factory*, 20 C. C. P. A. 305, T. D. 46087, and cases cited, vitiates the appraisement.

Judgment will therefore issue declaring the appraisement appealed from void, which will result in liquidation upon the entered value.